**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RAYMOND EUGENE JOHNSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-13-16-CVE-FHM** |
| | ) | |
| **ANITA TRAMMELL, Warden,** | ) | |
| **Oklahoma State Penitentiary,** | ) | |
| | ) | |
| **Respondent.** | ) | |

<div style="border:1px solid black">

# EXHIBIT 9

*RAYMOND EUGENE JOHNSON V. ANITA TRAMMELL*
CIV-13-16-CVE-FHM

</div>

**AFFIDAVIT OF CORY GIBSON**

**DOCUMENT FILED UNDER SEAL PURSUANT TO**

**COURT'S ORDER ISSUED 11-27-2013**

EXHIBIT 9

## <u>AFFIDAVIT OF CORY GIBSON</u>

STATE OF OKLAHOMA        )
                                       )   SS.

COUNTY OF OKLAHOMA      )

I, Cory Gibson, being of legal age and sound mind, do solemnly swear and state as follows:

1. My name is Cory Gibson. I am one of Raymond Johnson's friends. We both grew up in Oklahoma City.

2. I presently work as a music teacher at an at-risk high school in Houston, Texas. I am also the youth music director at a local church.

3. I am about 3 years older than Raymond. I first knew Raymond when he was in high school. My best friend went to the same church as he did. In the African American community, the churches are so interconnected it is common to know who everyone is.

4. I knew Raymond was in a gang when he was younger. Growing up, in the African American church community, it was not unusual for a lot of younger men to be in gangs and still be active in church. The lack of fathers in families results in younger men looking for father figures and family support outside their own families. I believe Raymond was in a gang for this same reason. He was seeking something he didn't get at home. Even though he was in a gang, Raymond had respect for the church and participated in youth choir activities. He never brought up any gang activities at church.

5. When I got out of high school, I became active in the prison ministry with my church. I initially went to Lexington prison to help lead church services, but that paved the way to developing the prison's first inmate based choir.

6. Raymond was serving time in Lexington during this time, and we started a friendship while developing the prison ministry. Raymond was charismatic and was a pleasant, upbeat person. I think we crossed into a genuine, trusting friendship when I told Raymond my mother had gambling problems. Raymond

EXHIBIT 9

was able to relate to me because his own mother has gambling problems too. Raymond told me about the effects his mom's gambling had on the family. He told me he would give her money in attempts to get her attention and approval. After this, I don't think we had one conversation that didn't include Raymond talking about issues with his mother.

7.   Raymond talked about not feeling supported or accepted by his mother. He felt like he had tried to help his mother in different ways, but she was rarely there for him when he was in need. You could tell he was really hurt by her.

8.   I think Linda, Raymond's mother, probably distanced herself from Raymond, especially when he started to have trouble because she was focused on keeping up appearances in church. I have been in church my whole life and there are some churches where putting on a good face is the most important thing. It is also acceptable in the community for mothers to put kids out of the house and cut off support when a child is not meeting the expectations of the household. I think that is what was most important to Linda. She put more energy into appearances and making sure her rules were followed than she did in helping Raymond through the struggles he was having.

9.   Raymond's mother came to Lexington prison only once in the six years I volunteered there.

10.   When I finally saw her at the prison, I was surprised to discover I actually knew her from church because I never knew she was his mother. They never had any interactions for me to connect the two. My grandmother used to say that if you are in a big room and you can't tell by a mother's face who her child is, she is not a good mother. For years, I never knew Linda was Raymond's mom.

11.   Because he never had any real support from his mom, Raymond started to look to a woman named Cynthia as kind of a mother figure while he was in prison. Cynthia was one of the women from our church who participated in the prison ministry. She was older and very wise. Raymond, Cynthia, and I would all sit down together and have conversations when we were down at the prison. Raymond wasn't as guarded around us as he was with other people. However, one day Cynthia stopped coming to the prison. She died shortly after that. We

EXHIBIT 9

found out she had cancer of the sinuses. We were all shocked. I think her death affected Raymond.

12. Eventually, I stopped going to the prison too because I moved to Houston, Texas. I continued to keep in touch with Raymond though even after he was released from prison. We would talk at least once a week and see each other several times a year.

13. When he got out of prison, I remember Raymond being frustrated because of feeling like his job opportunities were limited because of his time in prison.

14. One day Raymond told me he was moving to Tulsa from Oklahoma City because he was going to try to find a job there instead. I told him it would be the same situation in Tulsa as it was in Oklahoma City. I didn't understand why he was leaving his support system to go somewhere he didn't know anyone.

15. Raymond had a girlfriend in Tulsa named Jennifer. They seemed good together, but had their problems. I started talking to Jennifer and Raymond both together and separately. Sometimes they would call me when they were arguing and I would try to mediate. They both thought I could be objective when they told me their disagreements.

16. Jennifer and Raymond would go through times where they would decide not to be in a relationship but would continue to remain friends. During one of these times, Raymond brought Brooke and her baby to Oklahoma City when I was in town visiting my family.

17. As Raymond talked to me more about Brooke, I felt like she had a lot going on that Raymond should not involve himself in. I told him that the custody issues with her kids and the issues with her parents were there before he even knew Brooke and he needed to let her handle those things before they should be together. Raymond said he was going to help her "fix" these things, but I knew it was not a good idea.

18. I think part of the reason Raymond stayed with Brooke was because of her children. Raymond wanted to be 100% committed so they would know they

EXHIBIT 9

had someone to depend on. Both Raymond and I grew up without our dads in the picture. I think when men, especially African American men, grow up without their dads, they make a promise to themselves that they will never do the same thing to another child.

19.   Even though Raymond had a history of working, Brooke encouraged him to not work because she made enough money by herself. Raymond became dependant on Brooke as a result.

20.   I stopped hearing from Raymond as much when he was with Brooke. Raymond's alcohol use increased and he was taking drugs in an attempt to fit in with Brooke's lifestyle. At one point we lost contact for about a month and that was unusual for me not to hear from Raymond.

21.   Not long before the crime, I received a call from Raymond at about two or three in the morning. Raymond said he was bleeding from his anus and thought he needed to go to the emergency room. I asked Raymond what had happened. Raymond said he had woken up after being passed out to find himself bleeding. Raymond said he thought Brooke's dad had possibly raped him.

22.   I heard from Raymond a few more times after this. He seemed to be trying to figure out why Brooke's dad would have raped him. He asked me if and how I thought he should approach the subject with Brooke.

23.   I have always been willing to speak to Raymond's attorneys and other members of his defense team and would have been willing to testify to the information in this affidavit if I had been asked about these things.

_____
Cory Gibson

Subscribed and sworn to me this 29th day of _____November_____, 2013.

_____
Notary Public

EXHIBIT 9