## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RAYMOND EUGENE JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | Case No.  CIV-13-0016-CVE-FHM |
| | ) | |
| vs. | ) | (Capital Case) |
| | ) | |
| JIM FARRIS, WARDEN[1], | ) | |
| OKLAHOMA STATE PENITENTIARY, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Comes now Michael W. Lieberman and respectfully moves this Court to withdraw as counsel of record in this case. Effective July 4, 2021, I am resigning my position as an Assistant Federal Public Defender for the Western District of Oklahoma.  The Federal Public Defender's Office will continue as counsel for Mr. Johnson by and through Thomas D. Hird, Assistant Federal Public Defender, who has previously entered his appearance.

Premises considered, undersigned counsel respectfully requests the Court enter an order allowing him to withdraw.

---

[1] Petitioner is incarcerated at Oklahoma State Penitentiary (OSP). Jim Farris is substituted in place of Tommy Sharp, Interim Warden.  *See* Rule 2(a), *Rules Governing Section 2254 Cases in the United States District Courts*.

Respectfully submitted,

*s/ Michael W. Lieberman*
MICHAEL W. LIEBERMAN, OBA # 32694
Assistant Federal Public Defender
215 Dean A. McGee, Suite 707
Oklahoma City, Oklahoma 73102
(405) 609-5975 telephone
(405) 609-5976 facsimile
e-mail: Michael_Lieberman@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

Jennifer L. Crabb, Assistant Attorney General
fhc.docket@oag.ok.gov
Counsel for Respondent

*s/ Michael W. Lieberman*
MICHAEL W. LIEBERMAN, OBA # 32694
Assistant Federal Public Defender