

FILED
COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA
FEB 25 2026
SELDEN JONES
CLERK

# IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF OKLAHOMA

RAYMOND EUGENE
JOHNSON,

        Appellant,

v.

STATE OF OKLAHOMA,

        Appellee.

)
)
)
)
)
)
)
)
)
)
)

Case No. D-2009-702

**RECEIVED**

FEB 2 7 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## ORDER SETTING EXECUTION DATE

Raymond Eugene Johnson has exhausted all his regular appeals in this State and in the federal court system. Therefore, pursuant to Section 1001.1 of Title 22, the Oklahoma Court of Criminal Appeals hereby orders the execution of the judgment and sentence of death be carried out. The execution of Raymond Eugene Johnson is hereby set for Thursday, May 14, 2026.

**IT IS SO ORDERED.**

**WITNESS OUR HANDS AND THE SEAL OF THIS COURT** this 25th day of February, 2026.

GARY L. LUMPKIN, Presiding Judge

D-2009-702, Johnson v. State

_RECUSED_

_____
WILLIAM J. MUSSEMAN, Vice Presiding Judge

_____
DAVID B. LEWIS, Judge

_____
ROBERT L. HUDSON, Judge

_____
SCOTT ROWLAND, Judge

ATTEST:

_____
Clerk

2



-CVE-fhm    Document 80 Filed in USDC ND/OK on 02/

Clerk of the Appellate Courts
Oklahoma Judicial Center
2100 N. Lincoln Blvd., Ste. 4
Oklahoma City, Oklahoma 73105-4907

OKLAHOMA CITY OK 730

25 FEB 2026 PM 5 L

quadient

FIRST-CLASS MAIL
IMI
$000.74⁰
02/25/2026 ZIP 73105
043M31232160

US POSTAGE

RECEIVED

FEB 27 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Mark  McCartt
411 U. S. COURTHOUSE
333 W. FOURTH ST.
TULSA, OK  74103
198300700

74103-381911